# AFFIDAVIT OF SERVICE ON A CORPORATION

| | |
|---|---|
| State of: District of Columbia | County of: |
| Court: U.S. District | Index #: 1:05CV01612 |
| | Date Purchased: 8/11/2005 |

*Plaintiff/Petitioner:*

International Painters And Allied Trades Industry Pension Fund

*Defendant/Respondent:*  vs:

E.C. Naughton Painting Contractors, Inc.

---

State of: NY
County of: Niagara

Thomas J Richau II, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at: Niagara Falls, NY
that on: **8/25/2005** at: **12:37pm** at: 2059 Connecticut Avenue, Niagara Falls, NY 14305
deponent served the within:

**Summons & Complaint**

\*     PAPERS SERVED WITH INDEX # & DATE PURCHASED
\*     Return Date if any:

ON: E.C. Naughton Painting Contractors, Inc.

CORPORATION    A corporation, by delivering thereat a true copy of each to: Bonnie Naughton
[x]     personally, deponent knew said corporation so served to be the corporation, described in same as Defendant and knew said individual to be: Managing Agent, thereof an authorized person to accept service of process.

DESCRIPTION    SEX: Female,    SKIN COLOR: White,    AGE: 51 - 65 Yrs.,    HEIGHT: 5'4" - 5'8",
[x]     HAIR COLOR: Brown,    WEIGHT: 161 - 200 Lbs.,
    Other identifying features:

WITNESS FEE    $    the authorizing traveling expenses and one day's witness fee was paid(tendered) to the
☐     Defendant.

Sworn to before me on this: 8/29/2005

_____
Notary Public

_____ ss
Print name below signature
Thomas J Richau II

**KATHRYN ANN RICHAU**
Notary Public, State of NY
Qualified in Niagara County
My Commission Expires
May 7, 2007

Action#: 200516517     Client File#:

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

E.C. NAUGHTON PAINTING
CONTRACTORS, INC.

CASE NUMBER  1:05CV01612

JUDGE: Paul L. Friedman

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 08/██/2005

TO: (Name and address of Defendant)

E.C. Naughton Painting Contractors, Inc.
2059 Connecticut Avenue
Niagara Falls, New York, 14305

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SHELLEY R. GOLDNER, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 11 2005
CLERK                                          DATE

(By) DEPUTY CLERK