Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED TRADES
INDUSTRY PENSION FUND

    Plaintiff(s)

Civil Action No. 05-1612 PLF

V.

E.C. NAUGHTON PAINTING CONTRACTORS INC

    Defendant(s)

RE: **DEFENDANT**

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 8/25/05, and an affidavit on behalf of the plaintiff having been filed, it is this 30th day of November, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: T. Davis
    Deputy Clerk