UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>      Plaintiff,<br><br>      v.<br><br>E.C. NAUGHTON PAINTING CONTRACTORS, INC.,<br><br>      Defendant. | Civil Action No. 05-1612   (PLF) |

ORDER

Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant on August 25, 2005.  An affidavit of said service has been filed with the Court.  On November 30, 2005, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendant is in default for failure to plead or otherwise defend this action.  Plaintiffs have not yet filed a motion for entry of default judgment. Accordingly, it is hereby

ORDERED that plaintiffs shall file a motion for entry of default judgment on or before December 19, 2005.

SO ORDERED.

                                                          /s/
                                            PAUL L. FRIEDMAN
                                            United States District Judge

DATE:  December 5, 2005