IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff<br>v.<br><br>E.C. NAUGHTON PAINTING CONTRACTORS, INC.<br><br>Defendant | Civil Action No.<br>05-1612 (PLF) |

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Plaintiff, International Painters and Allied Trades Industry Pension Fund, respectfully moves this Court for entry of judgment by default against E.C. Naughton Painting Contractors, Inc. in the amount of $6,135.80, and for injunctive relief. The Court entered Default on or about November 30, 2005.

Accompanying this motion are a supporting memorandum of points and authorities, the Declaration of Thomas C. Montemore (attached as Ex. 1), the Declaration of Shelley R. Goldner (attached as Ex. 2), the Jennings Sigmond attorneys' fees billing statement (attached as Ex. 3),

162241-1

and a proposed default judgment.

                Respectfully submitted,

                JENNINGS SIGMOND, P.C.

BY: /s/ Shelley R. Goldner
    SANFORD G. ROSENTHAL, ESQUIRE
    (I.D. NO. 478737)
    SHELLEY R. GOLDNER, ESQUIRE
    (I.D. NO. 483329)
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683
    (215) 351-0611/0644
    Attorneys for Plaintiff

Date: December 15, 2005