IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 05-1612 (PLF) |
| v. | ) ) | |
| E.C. NAUGHTON PAINTING CONTRACTORS, INC. | ) ) ) ) | |
| Defendant | ) | |

**JENNINGS SIGMOND ATTORNEYS' FEES – December 2005**

| Date | Attorney | Task | Time |
|---|---|---|---|
| 12/09/05 | SRG | Review of Correspondence from P. Gilbert | 0.5 |
| 12/12/05 | SRG | Review of Correspondence from P. Gilbert<br>Preparation of Motion for Default Judgment | 3.0 |
| 12/13/05 | SRG | Phone Conference with P. Gilbert Regarding Calculation of Liquidated Damages<br>Review and Revision of Default Motion<br>Calculate Attorneys' Fees<br>Preparation of Exhibits<br>Letter to T. Montemore<br>Review of Correspondence from P. Gilbert Regarding Audit Period | 1.9 |
| 12/15/05 | SRG | Review and Revision of Default Motion | 0.6 |

Total: 6.0

December Summary
SRG    6.0  Hrs x $200.00  =        $1,200.00

**Grand Total:**            $2,385.07

EXHIBIT 3

162241-1

**Jennings Sigmond, P.C.**
**Time And Expense Details**

Report ID: OT2025 - 1964  
Monday, December 12, 2005  
Beginning To End

Printed By  SLG  
Page  1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 27358 | E.C. Naughton Painting Cont. | Sigmond, Richard B. |

**Unbilled Expenses**

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 10/31/2005 | $1.61 | COPY | Photocopies |

**Unbilled Expenses Totals**  $1.61

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 9/1/2005 | SRG | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Affidavit of Service<br>Review of Correspondence from Legal Errands |
| 9/7/2005 | SRG | 0.20 | 0.20 | 200.00 | $40.00 | | Letter to E.C. Naughton |
| 9/26/2005 | SRG | 0.60 | 0.60 | 200.00 | $120.00 | | Phone Conference with T. Montemore Regarding Reports and Payments Sent to DC 4<br>Review of Correspondence from P. Gilbert Regarding DC 4<br>Letter to P. Gilbert Regarding Status of Delinquency<br>Phone Conference with T. Montemore<br>Review of Correspondence from T. Montemore Regarding Local Counsel |

**Billed Time Totals**

| Hours Worked | Hours To Bill | | | Amount |
|---|---|---|---|---|
| 1.00 | 1.00 | | | $200.00 |

**Billed Expenses**

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 9/1/2005 | $69.63 | CRDB | Computer Research - Dun & Bradstreet |
| 9/29/2005 | $102.80 | SP | Service of Process Fee |

**Billed Expenses Totals**  $172.43

**Report Totals**

| Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|
| 1.00 | 1.00 | $200.00 | $174.04 | $374.04 |

*** End Of Report ***

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number  PTINTF-27358-001 RBS
                         Bill date    08/10/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


E.C. Naughton Painting Contractors, Inc.   (27358)

FOR PROFESSIONAL SERVICES RENDERED

```
07/27/05 SGR   Review of Correspondence from Fund regarding New
               Delinquency
               Review of Documents
               Preparation of Litigation Memo
                                       .40 hrs  200  /hr       80.00
                                                             ----------
               TOTAL FEES                                $      80.00
```

DISBURSEMENTS

```
                                                             ----------
               TOTAL DISBURSEMENTS                       $        .00
```

BILLING SUMMARY

```
               TOTAL FEES                                $      80.00
                                                             ----------
               TOTAL CHARGES FOR THIS BILL               $      80.00
```

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number PTINTF-27358-002 RBS
                         Bill date   09/12/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


E.C. Naughton Painting Contractors, Inc.  (27358)

FOR PROFESSIONAL SERVICES RENDERED

```
08/08/05 SRG   Review of File
               Review of Documents
               Research and Review of D&B Report
               Preparation of Complaint
               Letter to P. Gilbert
                                    1.60 hrs  200  /hr      320.00
08/09/05 SRG   Review of Correspondence from P. Gilbert
               Review and Revision of Complaint
               Preparation for Filing of Complaint
                                     .60 hrs  200  /hr      120.00
                                                         -----------
               TOTAL FEES                              $    440.00
```

DISBURSEMENTS

```
08/04/05 7100  Filing Fee - Complaint                       250.00
08/31/05 COPY  Photocopies                                   29.89
08/31/05 PO    Postage Charges                               11.14
                                                         -----------
               TOTAL DISBURSEMENTS                     $    291.03
```

BILLING SUMMARY

```
               TOTAL FEES                              $    440.00

               TOTAL DISBURSEMENTS                     $    291.03
                                                         -----------
               TOTAL CHARGES FOR THIS BILL             $    731.03
```

```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-27358-ALL RBS                                              Page     1


        REPORT TOTALS

        TOTAL FEES                                                  520.00

        TOTAL DISBURSEMENTS                                         291.03
                                                                -----------
                                                                    811.03
```