## CERTIFICATE OF SERVICE

I hereby certify this 15th day of December, 2005, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Shelley R. Goldner and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

E.C. Naughton Painting Contractors, Inc.<br>
2059 Connecticut Avenue<br>
Niagara Falls, New York 14305

DATE: <u>December 15, 2005</u>

s/ Shelley R. Goldner<br>
SHELLEY R. GOLDNER, ESQUIRE

162241-1