UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

INTERNATIONAL PAINTERS AND )
ALLIED TRADES INDUSTRY )
PENSION FUND, )
  )
     Plaintiff, )
  )
     v. )    Civil Action No. 05-1612 (PLF)
  )
E.C. NAUGHTON PAINTING )
CONTRACTORS, INC., )
  )
     Defendant. )
_____)

ORDER

     The Court has before it plaintiff's Motion for Entry of Default Judgment. Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant via hand delivery on August 25, 2005. An affidavit of said service has been filed with the Court.  On November 30, 2005, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendant is in default for failure to plead or otherwise defend this action.  Defendant is not an infant or incompetent person.  Plaintiff seeks $6,135.80, including principal, interest, late fees and attorneys' fees and costs and injunctive relief .  Upon consideration of the foregoing, it is hereby

     ORDERED that defendant show cause by January 3, 2006 why the Court should not enter a default judgment in favor of the plaintiff.

     SO ORDERED.


                 _____/s/_____
                 PAUL L. FRIEDMAN
                 United States District Judge

DATE:  December 19, 2005