IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED )
TRADES INDUSTRY PENSION FUND )
)
)    Civil Action No.
            Plaintiff )    05-1612 (PLF)
v. )
)
E.C. NAUGHTON PAINTING )
CONTRACTORS, INC. )
)
)
            Defendant )

## STIPULATION FOR ENTRY OF AN AMENDED CONSENT ORDER AND JUDGMENT

It is stipulated and agreed by the undersigned that the attached proposed Amended Consent Order and Judgment may be entered without further notice or hearing.

INTERNATIONAL PAINTERS           E.C. NAUGHTON PAINTING
AND ALLIED TRADES INDUSTRY       CONTRACTORS, INC.
PENSION FUND

JENNINGS SIGMOND, P.C.

By: /s/ Sanford G. Rosenthal          By: _____
Sanford G. Rosenthal                  Jason Naughton on behalf of
Bar No. 478737                        E.C. Naughton Painting Contractors, Inc.
The Penn Mutual Towers, 16th Floor    2059 Connecticut Avenue
510 Walnut Street                     Niagara Falls, NY 14305
Independence Square                   Telephone: (732) 566-1805
Philadelphia, PA 19106-3683
Telephone: (215) 351-0611
Facsimile: (215) 922-3524
E-mail: srosenthal@jslex.com
Attorneys for Plaintiff

Date: 7/25/07                         Date: 7/25/07

181591_1.DOC