IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 05-cv-1612 (PLF) |
| E.C. NAUGHTON PAINTING CONTRACTORS, INC. | ) ) ) | |
| Defendant | ) | |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Kent G. Cprek, Esquire and the firm of Jennings Sigmond, P.C., as counsel for the Plaintiffs in the above-captioned matter.

                          Respectfully submitted,
                          JENNINGS SIGMOND, P.C.

                          BY: /s/ Kent G. Cprek
                          KENT G. CPREK, ESQUIRE
                          I.D. # 478231
                          The Penn Mutual Towers – 16th Floor
                          510 Walnut Street
                          Philadelphia, PA 19106
                          (215) 351-0615

Date: February 13, 2008

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**

### CERTIFICATE OF SERVICE

193283-1

I, KENT G. CPREK, Esquire state under penalty of perjury that I caused a copy of the foregoing Entry of Appearance to be served via first class mail, postage prepaid on the date and to the addresses below:

> E.C. NAUGHTON PAINTING
> CONTRACTORS, INC.
> 2059 Connecticut Avenue
> Niagara Falls, New York 14305

/s/ Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: February 13, 2008

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**

193283-1