IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) ) | 05-cv-1612 (PLF) |
| E.C. NAUGHTON PAINTING CONTRACTORS, INC. | ) ) ) | |
| Defendant | ) | |

## NOTICE TO SATISFY JUDGMENT

**TO THE CLERK:**

Kindly mark the judgment in the above-referenced matter **PAID IN FULL** and **SATISFIED**.

        Respectfully submitted,

        JENNINGS SIGMOND

        BY: /s/ Kent G. Cprek
        KENT G. CPREK, ESQUIRE
        I.D. # 478231
        The Penn Mutual Towers – 16th Floor
        510 Walnut Street
        Philadelphia, PA 19106
        (215) 351-0615
        Attorney for Plaintiffs

Date: February 13, 2008

193282-1

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, Esquire state under penalty of perjury that I caused a copy of the foregoing Notice to Satisfy Judgment to be served via first class mail, postage prepaid on the date and to the addresses below:

E.C. NAUGHTON PAINTING
CONTRACTORS, INC.
2059 Connecticut Avenue
Niagara Falls, New York 14305

/s/ Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: February 13, 2008

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**

193282-1